J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Warner Bros. Entertainment Inc.

John Heck
6180 Principia Drive, Apartment B
Ft. Myers, Florida 33919

Defendant, *in pro se*

JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc.,<br><br>                Plaintiff,<br><br>   v.<br><br>Robert Heck, John Heck, individuals and d/b/a www.notavailableondvd.com, and Does 2 – 10, inclusive,<br><br>                Defendants. | Case No. CV09-7330 VBF (CWx)<br><br>CONSENT DECREE AND PERMANENT  INJUNCTION |

      The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff") and Defendant John Heck, an individual and d/b/a www.notavailableondvd.com, by and through his counsel of record ("Defendant") in this action, and good cause appearing therefore, hereby:

      ORDERS that based on the parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff claims that it owns or controls the pertinent rights in and to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (The copyrights identified in Exhibit A are collectively referred to herein as "Plaintiff's Properties").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, reproducing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically from:

        i) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

        ii) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

      iii)     Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself is connected with Plaintiff, is sponsored, approved or licensed by Plaintiff, or is affiliated with Plaintiff;

      iv)     Affixing, applying, annexing or using in connection with the importation, manufacture, reproduction, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

5)     Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint against Defendant Robert Heck, an individual and d/b/a www.notavailableondvd.com, are dismissed with prejudice.

7)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)     The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

10)     This Court shall retain jurisdiction over the Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any

violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: September 13, 2010

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.


By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Entertainment Inc.


John Heck, an individual and d/b/a www.notavailableondvd.com


By: _____
    John Heck, an individual and d/b/a
    www.notavailableondvd.com
Defendant, *in pro se*

# Exhibit A

| Warner Bros. Entertainment Inc. Titles | Copyright Registration #: |
|---|---|
| Band of Brothers | PA 1-065-861 (Compilation) |
| Battle Beneath the Earth | RE704378 |
| Bermuda Depths | PA 293108 |
| Billy the Kid 1930 | R207797 |
| Black Samson | RE 873966 |
| Born to Be Bad | RE 5-324 |
| Boy with Green Hair - The | R632489 |
| Brainstorm (1965) | RE643150 |
| Breaking Point | R671974 |
| Brotherhood Of The Bell | RE774756 |
| Bugs & Daffy: The Wartime Cartoons | R500668 (Compilation) |
| Case Of The Black Cat | R333681 |
| Case Of The Black Parrot | R452000 |
| Case Of The Stuttering Bishop | R345326 |
| Case Of The Velvet Claws | R320087 |
| Castle on the Hudson | R428500 |
| Chain Lightning R666338 | R666338 |
| Christopher Strong | R267273 |
| Clay Pigeon-The | R632494 |
| Code Name Emerald | PA276051;PA294054 |
| College Coach | R272625 |
| Complicated Women | PA1229739 |
| Confessions Of A Nazi Spy | R408948 |
| Confidential Agent | R539695 |
| Conspirators, The | R528824 |
| Convicts 4 | RE508875 |
| Cool Breeze | RE830208 |
| Corky | RE830207 |
| Cornered | R545419 |
| Crack-Up | R560797 |
| Crime in the Streets | RE226763 |
| Crime School | R359675 |
| Crowd, The | R164417 |
| Cry Wolf | R58500S |
| D.I. | RE254329 |

| | | |
|---|---|---|
| 1 | Dance Fools Dance | R209023 |
| 2 | Dangerous | R311595 |
| 3 | Dangerously They live | R474620 |
| | Days of Glory 1944 | RS06040 |
| 4 | Deadline at Dawn | R545421 |
| 5 | Death of a Scoundrel | RE229927 |
| | Deception | R562332 |
| 6 | Decks Ran Red | RE279401 |
| 7 | Deep Valley | R585006 |
| | Defector | RE683983 |
| 8 | Devil Thumbs a Ride | R575632 |
| 9 | Dial 1119 | R672524 |
| | Divine Garbo | PA499973 |
| 10 | Doorway to Hell, The | R207504 |
| 11 | Dust Be My Destiny 1939 | R411599 |
| | Escape Me Never | R592813 |
| 12 | Fallen Sparrow | R493276 |
| 13 | First Yank Into Tokyo (1945) | R545416 |
| | Five Came Back | R393965 |
| 14 | Five Star Final | R221914 |
| 15 | Flowing Gold | R435883 |
| | Flying High 1931 | R224624 |
| 16 | Forsaking All Others | R287260 |
| 17 | Four Daughters | R380520 |
| 18 | Four Horsemen of the Apocalypse | 1921 VERSION: R42606; 1961 VERSION: RE441199 |
| 19 | Gambling House | RE42677 |
| 20 | Genesis II | RE852102 |
| | Gentle Annie (1944) | R519493 |
| 21 | Green Slime | RE731544 |
| 22 | Green Years | R549471 |
| | Hatchet Man | R235215 |
| 23 | Hellstrom Chronicle | RE813946 |
| 24 | Hey Good Lookin 1982 | PA166193 |
| | High Wall | R596215 |
| 25 | Hit Man | R828284 |
| 26 | Hollywood Revue - 1929 | R191970 |
| | I Married a Woman | RE222937 |
| 27 | I Was A Communist For The | RE12196 |
| 28 | | |

| | |
|---|---|
| F.B.I. | |
| I Wouldnt Be in Your Shoes | R610859 |
| Inside Out | RE891343 |
| Inside the Walls of Folsom Prison | RE12197 |
| Irene (1926) | R122507 |
| It All Came True | R428508 1927 VERSION: R146497 |
| Jazz Singer | 1953 VERSION: RE50821 |
| Jimmy the Gent | R274566 |
| Johnny Angel | R535526 |
| Johnny Eager | R450432 |
| Journey Into Fear | R480073 |
| Julie | RE189388 |
| lady Killer | R272636 |
| las Vegas Story | RE73590 |
| last Dinosaur | RE922678 |
| life of Jimmy Dolan | R258572 |
| light in the Piazza | RE442635 |
| love On A Bet | R316923 |
| love On The Run 1936 | R326309 |
| Mad Miss Manton | R373953 |
| Magnificent Ambersons | R467006 |
| Manpower | R460021 |
| Mask of Dimitrios | R524609 |
| McClain's law | PA131214-PILOT EPISODE |
| Morgan the Pirate 1960 | RE434882 |
| Moving | PA360067 |
| Murder Is My Beat | RE173788 |
| My Blood Runs Cold | RE643152 |
| One Minute to Zero | RE73601 |
| Party Girl (1958) | RE279857 |
| Penthouse | R262527 |
| Petrified Forest - The | R318845 |
| Phoenix City Story | RE163421 |
| Playing Around (1930) | R187786 |
| Raintree County (1957) | RE234945 |
| Rogue Cop (1954) | RE116754 |
| Run of the Arrow | RE244567 |
| Running On Empty | PA388992 |

| | | |
|---|---|---|
| 1 | Saint Joan (1957) | RE247059 |
| 2 | San Quentin (1946) | R570316 |
| 3 | Savage Messiah (1972) | RE829269 |
| | Scene of the Crime (1949) | R636121 |
| 4 | Second Chance | RE104287 |
| 5 | Show Boat 1929 | R175597 |
| | Show Boat 1936 | R315829 |
| 6 | Show of Shows, The | R182907 |
| 7 | Sin Of Madelon Claudet, The | R223829 |
| | Single Standard, The | R190523 |
| 8 | So Well Remembered (1947) | R605231 |
| 9 | Special Bulletin | PA259036;PA462936 |
| | Stranger On The Third Floor | R422278 |
| 10 | Stranger's Return, The (1933) | R260332 |
| 11 | Sunday Lovers | PA97773 |
| | Sweet Hostage | RE882739 |
| 12 | Tall Target - The | RE10226 |
| 13 | The Boob | R128190 |
| 14 | The Gathering | Renewal·for Pt. 1: RE 921779;PT. 2:PA277928 |
| 15 | The Outfit (1973) | RE848702 |
| 16 | The People Against Q"Hara (1951) | RE10228 |
| 17 | The Power 1986 | PA287645 |
| 18 | The Rack (1956) | RE189374 |
| | The Sea Hawk (1924) | R94140 |
| 19 | The Swan (1956) | RE189373 |
| 20 | The Two Mrs. Carrolls | R578352 |
| 21 | The Unholy Three | 1925 VERSION: R108452; 1930 VERSION: R207062 |
| 22 | The Window | R637957 |
| | They Learned About Women | R197574 |
| 23 | THX 113 | RE785082 |
| 24 | Toast of New York | R354279 |
| | Unholy Wife - The | R244569 |
| 25 | Urgh - A Music War | PA132616 |
| 26 | Welcome to Arrow Beach (1974) | RE849858 |
| 27 | What Price Hollywood? | R242093 |
| 28 | White Tower - The | RE5318 |

| | |
|---|---|
| Woman Of Affairs, A | Rl77000 |
| Woman on the Beach - The | R584160 |
| Young Stranger | RE244566 |
| Young Tom Edison | R407776 |
| Zuma Beach | PA36464 |